AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

## for the
### SOUTHERN DISTRICT OF TEXAS

FEB 07 2019

Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. M-19-0270-M |
| Jose Humberto ORDONEZ (YOB:1995) HN | ) | |
| Cuatemoc RODRIGUEZ-Medina (YOB:1991) MX | ) | |
| Jonathan A. ESCOBAR-Espinoza (YOB:2000) MX | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___2/5/2019___ in the county of __Starr__ in the
__SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) | Knowingly and intentionally possess with intent to distribute approximately 211 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(Continued on Attachment I)

☑ Continued on the attached sheet.

Approved by AUSA A. Henning
2/7/19

Sworn to before me and signed in my presence.

Date: __2/7/19__

City and state: __McAllen, Texas__

_____
*Complainant's signature*

Hunter M. Steadman, DEA Special Agent
*Printed name and title*

_____
*Judge's signature*

J. Scott Hacker, Magistrate Judge
*Printed name and title*

## ATTACHMENT I

On February 5, 2019, Rio Grande City Border Patrol Agents were conducting line watch operations in La Grulla, Texas.  At approximately 8:00 p.m., Border Patrol Aerostat agents observed approximately twelve subjects walking north from the Rio Grande River near the Starrco Farms Crossover. Border Patrol agents on the ground immediately set up north of the subjects near La Cuchilla Street in La Grulla, Texas. Minutes later, Border Patrol ground agents observed a large group of subjects walking toward them carrying what looked like large bundles. At that time, additional ground agents were contacted for support.

Border Patrol agents approached the group of subjects walking north, and identified themselves as U.S. Border Patrol agents. The subjects immediately dropped the bundles they were observed to be carrying, ran away, and hid in a lot located behind a residence. After a thorough search of the area, Border Patrol agents located five subjects hiding approximately forty yards from where the eight bundles of suspected marijuana were located. Border Patrol agents were unable to locate any additional subjects in the area. Three of the subjects were identified as Jose Humberto-ORDONEZ, Cuatemoc RODRIGUEZ-Medina, and Alexis ESCOBAR-Espinoza. Border Patrol agents transported the five subjects and the eight bundles of suspected marijuana to the Rio Grande Border Patrol station for further processing. Once back at the station, Border Patrol agents tested the content of the eight bundles. The results of the test yielded positive results for the presence of marijuana.

On the same date at approximately 9:19 p.m., DEA SA Hunter M. Steadman and TFO Joseph Lucio, responded to the Rio Grande Border Patrol Station to interview the subjects. Humberto-ORDONEZ, RODRIGUEZ-Medina, and ESCOBAR-Espinoza were read their Miranda Rights in Spanish. Humberto-ORDONEZ agreed to speak with agents without the presence of an attorney.  Humberto-ORDONEZ explained to agents that he knowingly and intentionally crossed marijuana into the United States out of fear for his life. Humberto-ORDONEZ stated that he was approached by an unknown male in Mexico, held at gun point, and threatened to be killed if he did not agree to cross marijuana from Mexico into the United States.  RODRIGUEZ-Medina and ESCOBAR-Espinoza both stated that they did not wish to speak with agents without the presence of an attorney. Humberto-ORDONEZ was asked by agents if he could positively identify RODRIGUEZ-Medina and ESCOBAR-Espinoza to have carried marijuana with him into the United States. Humberto-ORDONEZ told agents that he had observed both RODRIGUEZ-Medina and ESCOBAR-Espinoza to have carried bundles of marijuana into the United States.